HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re:

CDC PROPERTIES, INC.,

        Debtor.

_____

MLMT 2005-MCP1 Washington Office Properties, LLC.,

        Plaintiff,

  v.

ERIC D. ORSE, et al.,

        Defendant.

CASE NO. 11-41010-BDL

ADVERSARY NO. 18-04073-BDL

NO. 20-CV-5106 RBL

ORDER ADOPTING PROPOSED FINDINGS AND CONCLUSIONS

THIS MATTER is before the Court on Bankruptcy Judge Lynch's proposed Findings of Fact and Conclusions of Law. [Dkt. # 2]. After a trial, Judge Lynch found and concluded that MLMT had failed to satisfy its burden of proof on its civil conspiracy and breach of contract claims against Orse and the other defendants. Those Findings and Conclusions were submitted to this District Court under 28 U.S.C. § 157(c)(1) and Fed. R. Bankr. P. 9033. No party has

objected to the proposed findings and conclusions, and the fourteen-day period for doing so has expired.

The Court has reviewed and now ENTERS these Findings and Conclusions [Dkt. # 2]. The Clerk shall enter a Judgment in Defendants' favor, consistent with these Findings and Conclusions.

IT IS SO ORDERED.

Dated this 23rd day of March, 2020.

_____
Ronald B. Leighton
United States District Judge